IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-00963-NRN

DAVID PEREZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, DENVER FIRE DEPARTMENT, DEPARTMENT OF PUBLIC SAFETY, DEPARTMENT OF RISK MANAGEMENT and DENVER FIREFIGHTERS IAFF LOCAL 858.

    Defendants.

_____

**STIPULATED EXTENSION OF DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
_____

Defendants City and County of Denver, Denver Fire Department, Department of Public Safety and Department of Risk Management (the "Denver Defendants") and Defendant Denver Fire Fighters IAFF Local 858 ("Local 858) (collectively, "Defendants"), by and through their undersigned counsel, hereby notifies the Court of the parties' stipulation to extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint and Jury Demand ("Complaint") by twenty-one (21) days as follows:

    1.    Pursuant to D.C.COLO.LCivR 6.1(a) and 7.1(a), counsel for the Denver Defendants, Local 858 and Plaintiff conferred regarding the need for an additional twenty-one (21) days for Defendants to answer or otherwise respond to the Complaint. Plaintiff has stipulated to the extension.

    2.    This is the first request for an extension of time to respond to the Complaint.

3.  Plaintiff served the Denver Defendants with the Complaint on March 29, 2023. The Denver Defendants filed their notice of removal and removed the case to this Court on April 18, 2023, thereby setting Defendants' deadline to answer or otherwise respond to the Complaint for Tuesday, April 25, 2023. *See* Fed.R.Civ.P. Rule 81(c)(2)(C).

4.  Plaintiff's thirty-one-page Complaint includes sixteen pages of alleged factual allegations and asserts nine separate causes of action involving both Local 858 and multiple City and County of Denver agencies. The additional time requested will allow counsel for the Denver Defendants and Local 858 sufficient time to fully research and prepare an adequate response to Plaintiff's numerous claims.

5.  Undersigned counsel confirms that pursuant to D.C.COLO.LCivR 6.1(c), a copy of this pleading has been served on their respective clients.

WHEREFORE, for the reasons set forth above, and pursuant to D.C.COLO.LCivR 6.1(a), the parties stipulate to a twenty-one (21) day extension for all Defendants to answer or otherwise respond to Plaintiff's Complaint, up to and including Tuesday, May 16, 2023.

Respectfully submitted this 20th day of April, 2023.

| | |
|---|---|
| *s/ Charles T. Mitchell* | *s/ Naomi Y. Perera* |
| Charles T. Mitchell | Naomi Y. Perera |
| Jonathan D. Saadeh | The Kelman Buescher Firm |
| Denver City Attorney's Office | 600 Grant St., Ste. 825 |
| 201 W. Colfax Ave., Dept. 1108 | Denver, Colorado 80203 |
| Denver, Colorado 80202 | Telephone: (303) 333-7751 |
| Telephone: (720) 913-3100 | Facsimile: (303) 913-3190 |
| Facsimile: (720) 913-3190 | E-mail: nperera@laborlawdenver.com |
| E-mail: dlefiling.litigation@denvergov.org | *Attorney for Defendant Denver Fire Fighters IAFF Local 858* |
|       Charles.Mitchell@denvergov.org | |
|       Jonathan.Saadeh@denvergov.org | |
| *Attorneys for Defendants City and County of Denver, Denver Fire Department, and Department of Public Safety* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of April, 2023, a true and correct copy of the foregoing **STIPULATED EXTENSION OF DEFENDANTS DEADLINE TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have entered an appearance in this matter and was served on the following by U.S. Mail:

David Perez
619 12th Street, #348
Golden, Colorado 80401
*Plaintiff*

*s/ Kimberly Berridge*
Denver City Attorney's Office

3