IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00963-NRN

DAVID PEREZ,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
DENVER FIRE DEPARTMENT,
DEPARTMENT OF PUBLIC SAFETY, DEPARTMENT OF RISK MANAGEMENT and DENVER FIREFIGHTERS IAFF LOCAL 858,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed March 27, 2024, by the Honorable N. Reid Neureiter, United States Magistrate Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, City and County of Denver; Denver Fire Department, Department of Public Safety, Department of Risk Management; and Denver Firefighters IAFF Local 858, and against Plaintiff, David Perez, on Defendants' motions to dismiss. It is further

ORDERED that Plaintiff's First Amended Complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 27th day of March, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk